## KENT etc. agt. SHEPPARDS Esta$^{te}$

William Kent and Richard Knight Attournies to Samuel Hawford plaint. ag$^t$ the goods Estate or money which did belong unto the Estate of Andrew Sheppard dece$^d$ whither in the hands of Richard Way & John Jndicott Sureties for Martha Emery heire to the s$^d$ Andrew Sheppard or wheresoever it may bee found Def$^{dts}$ in an Action of the case for not deliu$^r$ing one quarter part of the Barque Thomas and Mary whereof the s$^d$ Andrew Sheppard was Ma$^r$ together with one quarter part of her loading of Logwood brought from Campechy being three and twenty tons. 19$^e$ 3$^{qr}$ 27$^l$ also for not giving an Acco$^t$ of one quarter part of the s$^d$ Barques Earnings and the produce thereof all which do belong to s$^d$ Hawford, therefore hee is damnified above one hundred pounds with other damages: . . . The Jury . . . found for the plaint$^s$ one quarter of the Barque Tho: and Mary Sued for together w$^{th}$ one quarter part of the logwood Shipped on her and of her Earnings in her last Voyage, or that the Defend$^{ts}$ shall render an Acco$^t$ thereof upon Oath and pay the neete produce within one month or to pay Sixty pounds money and costs of Court.

[See Alford v. Endicott at the October session of 1676 (p. 726–35), where some of the documents concerning the logwood in question are printed, and Hawford v. Scotto and Endicott, at the July session, 1677, p. 816, below.]